IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis Jr, Lindsey | Case Number: 05 B 53635 |
|---|---|---|
| | Davis, Adoracion M | Judge: Goldgar, A. Benjamin |
| | Printed: 7/22/08 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 8, 2008
Confirmed: December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 58,220.00 |  |
| Secured: |  | 52,332.53 |
| Unsecured: |  | 1,109.64 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 3,046.44 |
| Other Funds: |  | 31.39 |
| Totals: | 58,220.00 | 58,220.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | HomeComings Financial Network | Secured | 14,612.00 | 11,802.00 |
| 3. | More Equity | Secured | 24,752.00 | 19,992.00 |
| 4. | Chase Automotive Finance | Secured | 14,450.33 | 14,450.33 |
| 5. | American General Finance | Secured | 520.98 | 520.98 |
| 6. | Onyx Acceptance Corp | Secured | 4,904.64 | 4,904.64 |
| 7. | HomeComings Financial Network | Secured | 350.00 | 350.00 |
| 8. | City Of Chicago | Secured | 312.58 | 312.58 |
| 9. | American Express Travel Relate | Unsecured | 414.56 | 20.51 |
| 10. | American General Finance | Unsecured | 381.16 | 18.86 |
| 11. | American Express | Unsecured | 159.69 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 311.95 | 15.43 |
| 13. | CitiFinancial | Unsecured | 3,876.29 | 191.79 |
| 14. | Specialized Management Consultants | Unsecured | 173.37 | 0.00 |
| 15. | Chase Automotive Finance | Unsecured | 1,370.16 | 67.79 |
| 16. | ECast Settlement Corp | Unsecured | 4,415.91 | 218.49 |
| 17. | ECast Settlement Corp | Unsecured | 5,040.29 | 249.38 |
| 18. | Resurgent Capital Services | Unsecured | 1,959.05 | 96.93 |
| 19. | Resurgent Capital Services | Unsecured | 55.31 | 0.00 |
| 20. | Onyx Acceptance Corp | Unsecured | 211.52 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 4,657.73 | 230.46 |
| 22. | Beneficial Finance Credit Co | Unsecured | | No Claim Filed |
| 23. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 24. | J C Penney Co Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Davis Jr, Lindsey
Davis, Adoracion M
Printed: 7/22/08

Case Number: 05 B 53635
Judge: Goldgar, A. Benjamin
Filed: 10/13/05

_____   _____
$ 84,629.52   $ 55,142.17

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,400.30 |
| 5% | 471.01 |
| 4.8% | 668.15 |
| 5.4% | 506.98 |
|  | _____ |
|  | $ 3,046.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

